[843 NE2d 1143, 810 NYS2d 403]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DWIGHT I. VOGEL, JR., Respondent.

Decided December 15, 2005

### APPEARANCES OF COUNSEL

*Gerald L. Stout, District Attorney*, Warsaw (*Vincent A. Hemming* and *Donald G. O'Geen* of counsel), for appellant.

*Anna M. Zephro Jost*, Tonawanda, for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), appeal dismissed as moot. The People's claims regarding the Appellate Division's order vacating defendant's sentence were rendered academic when County Court resentenced defendant to the same term imposed by its original judgment.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.